125 A.3d 774

James LEEDS, Sr., Individually and as Executor of the Estate of Anne Brennan Leeds; James Leeds, Jr.; Edward S. Leeds; Ryan A. Leeds; Patricia Corr; and Chelsea Dalsey, Individually and as the Executrix of the Estate of Marcella Dalsey; Grace Dalsey; Robert Dalsey; and John Dalsey, Petitioners

v.

GULFSTREAM AEROSPACE CORPORATION (DELAWARE); Gulfstream Aerospace Corporation (Georgia); SK Travel, L.L.C.; Honeywell International; Parker Hannifin Corporation, Respondents.

No. 93 EM 2015.

Supreme Court of Pennsylvania.

Nov. 17, 2015.

## ORDER

PER CURIAM.

AND NOW, this 17th day of November, 2015, the Application for an Exercise of King's Bench Power or Extraordinary Jurisdiction is DENIED, and the Application to Substitute Corrected and Updated Affidavit is DISMISSED AS MOOT.